UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BIOWAY CORPORATION PTE.LTD,<br><br>    Plaintiff,<br><br>  v.<br><br>BIOWAY AMERICA, INC., JOHAN VAN DIJK and JOSEPH MURRAY,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 10-3048 (JEI)<br><br>**ORDER CORRECTING DATES SPECIFIED IN ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE REMANDED TO STATE COURT**<br>(Dkt. No. 2) |

**APPEARANCE:**

Kevin M. Hart, Esq.
Stark & Stark, PC
PO Box 5315
Princeton, NJ 08543-5315
        Counsel for Plaintiff

Harold A. Jerry III, Esq.
Jerry & Jerry, LLP
101 Poor Farm Road
PO Box 310
Princeton, NJ 08542-0310
        Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon the Notice of Removal on June 10, 2010, of the instant Complaint by Defendants Bioway America, Inc. Johan Van Dijk and Joseph Murray ("Defendants"), and it appearing that:

    1.  The Court issued an Order to Show Cause Why the Complaint Should Not be Remanded to State Court (Dkt. No. 2).

2. As part of the order, the Court established a briefing schedule for the parties, leading up to oral argument on the Order to Show Cause, set for Wednesday, July 21, 2010 at 2:00 p.m.

3. The briefing schedule laid out in the previous order was incorrect as was the time set for the Oral Argument. Accordingly;

**IT IS** on this 12th day of July, 2010,

**ORDERED THAT:**

1. Parties shall simultaneously prepare briefs in response to this Order to Show Cause as to why the Complaint should not be remanded to state court pursuant to 28 U.S.C. § 1441(b) or 28 U.S.C. § 1332. The briefs shall be filed with the Court (with a copy sent directly to Chambers) by 12:00 p.m., **Wednesday, July 14, 2010**; and reply briefs shall be filed with the Court (with a copy sent directly to Chambers) by 12:00 p.m., **Monday, July 19, 2010.**

2. Oral Argument is scheduled for **Wednesday, July 21, 2010 at 10:30 a.m.**

          s/ Joseph E. Irenas
          JOSEPH E. IRENAS, S.U.S.D.J.